# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2009

Marilyn Kelly,
Chief Justice

139007

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re RICHARD CHARLES GEORGE,
CHARENZE ANTHONY, LORENZO
ANTHONY, JR., CANDANCE ANTHONY,
and DEMETRIUS ANTHONY, Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

LORENZO ANTHONY,
        Respondent-Appellant.
_____/

SC: 139007
COA: 286896
Wayne CC Family Division:
07-475133-NA

     On order of the Court, the application for leave to appeal the May 14, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2009

_____
Clerk

d0623